1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9           **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   MEKI WALKER GAONO,                          Civil No.      13-0103 LAB (WVG)

12                                Petitioner,
                                                 **ORDER DISMISSING CASE**
13                    v.                          **WITHOUT PREJUDICE**

14   M. LONG, Warden

15                                Respondent.

16       Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas

17   Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to

18   move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either

19   paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the

20   case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed

21   with this case, he must submit, **no later than March 22, 2013,** a copy of this Order with the

22   $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send

23   a blank Southern District of California In Forma Pauperis Application to Petitioner along with

24   a copy of this Order.

25       **IT IS SO ORDERED.**

26   DATED:  January 23, 2013

27                                                _Larry A. Burns_

28                                                HONORABLE LARRY ALAN BURNS
                                                  United States District Judge

I:\Everyone\_EFILE-PROSE\LAB\13cv0103-Dismiss.wpd, 12313                -1-