# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKI WALKER GAONO,<br><br>                Plaintiff,<br>vs.<br><br>M. LONG, Warden,<br><br>                Defendant. | CASE NO. 13-CV-103-LAB-WVG<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

Gaono filed a state habeas petition on January 14, 2013, which was referred to Magistrate Judge Gallo for a Report and Recommendation pursuant to 28 U.S.C. § 636. Long filed an answer on June 14, Gaono did *not* file a traverse, and on October 10 Judge Gallo filed his R&R. The R&R recommends that Gaono's habeas petition be denied, and it ordered that any objections be filed by no later than November 7. To this day, Gaono has not filed any objections, and this is of substantial consequence.

"The court shall make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. §636(b). Moreover, 28 U.S.C. Section 636(b)(1) does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The Ninth Circuit has interpreted the language of 28 U.S.C. Section 636(b)(1), and determined that the "statute makes it clear that the district judge must review the magistrate judge's findings and

recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully reviewed the R&R—it is a lengthy 50 pages—and finds it to be well-reasoned, thorough, and correct. Accordingly, the Court **ADOPTS** it. Gaono's habeas petition is **DENIED**. The Court denies him a certificate of appealability. *Lambright v. Stewart*, 220 F.3d 1022, 1025 (9th Cir. 2000).

**IT IS SO ORDERED**.

DATED: January 8, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 2 -